WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw_@sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VERONICA M. BLANKENSHIP, )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br><br>Defendant. )<br>_____ ) | CASE NO.: **EDCV 11-0773 MRW**<br><br>ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FOUR HUNDRED THIRTY-SIX DOLLARS and no/cents ($2,436.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:    June 19, 2012

/s/ Judge Wilner
UNITED STATES MAGISTRATE JUDGE

1